UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Heather Cummings v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10770-DRH |
| *Jennifer Major, et al. v. Bayer Corporation, et al.* | No. 10-cv-20352-DRH |
| *Mary Ann Ricci v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10649-DRH |
| *Demetrius Y. Dorn v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10141-DRH |
| *Kathi Heintzelman v. Bayer Corporation, et al.* | No. 13-cv-10676-DRH |
| *Candice Olson v. Bayer Corporation, et al.* | No. 13-cv-10187-DRH |
| *Sherry Spurlin v. Bayer Corporation, et al.* | No. 12-cv-11142-DRH |
| *Amy Rich v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13355-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 17, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

          **JUSTINE FLANAGAN,**
          **ACTING CLERK OF COURT**

          BY:   */s/Caitlin Fischer*
          **Deputy Clerk**

APPROVED:

Digitally signed by David R. Herndon
Date: 2015.07.21 08:51:22 -05'00'

DISTRICT JUDGE
U. S. DISTRICT COURT

2